STEPHANIE BRUKER, Appellant, v SULLIVAN AND LIAPAKIS, P.C., et al., Respondents.

STEPHANIE BRUKER, Appellant, v SUSAN SAVOCA, Respondent.

Submitted November 17, 2003; decided January 12, 2004

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as (1) dismissed appeals from Supreme Court orders denying reargument, (2) affirmed so much of a different Supreme Court order as denied appellant's cross motion for leave to amend the complaint, and (3) denied appellant's motion to enlarge the record on appeal, dismissed upon the ground that such portions of the order sought to be appealed from do not finally determine the actions within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CATHYANN CAPORALE, Appellant, v MICHAEL C. MESBAH et al., Respondents.

Submitted December 8, 2003; decided January 12, 2004

Motion for leave to appeal dismissed upon the ground that it does not lie, appellant previously having moved for leave to appeal to the Court of Appeals from the Appellate Division order from which leave to appeal is currently sought (100 NY2d 639 [2003]).

FOR THE PEOPLE THEATRES OF N.Y., INC., Doing Business as FAIR THEATRE, et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted January 12, 2004; decided January 12, 2004

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).